*PREPARED BY*:
J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
PETER LAURIE (SBN 226802)
plaurie@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendant
DEPUTY MICHAEL GIAMALVO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARUS A. ORTEGA,<br><br>       Plaintiff<br><br>v.<br><br>DEPUTY GIAMALVO, et al. | Case No.:  C07-04436 SBA (PR)<br><br>**ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY**<br><br>Action Filed:   August 28, 2007 |

1

1   Having considered the papers filed in support of Plaintiff Lazarus A. Ortega's Motion for
2   Extension of time to Respond to Discovery, good cause appearing, this Court Orders as follows:
3   That Plaintiff Lazarus A. Ortega's responses to Defendant Deputy Michael A. Giamalvo's
4   Request for Production of Documents, Set One, are currently due for service by November 13, 2008.
5   That time is now extended to January 12, 2009.
6   That Plaintiff Lazarus A. Ortega's responses to Defendant Deputy Michael A. Giamalvo's
7   Interrogatories, Set One, are currently due for service by November 13, 2008. That time is now
8   extended to January 12, 2009.
9   That the time by which Giamalvo may file a motion for summary judgment consistent with this
10  Court's June 3, 2008 scheduling order is extended to March 20, 2009.
11  IT IS SO ORDERED.

13  Dated: 11/10/08

_____
Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

      Plaintiff,

 v.

ALAMEDA COUNTY SHERIFF DEPUTY et al,

      Defendant.
_____/

Case Number: CV07-04436 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on11/12/08 November 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lazarus A. Ortega F23334
Folsom State Prison - Sacramento
C.S.P. SAC/B-8-227
P.O. Box 290066
Represa, CA 95671

Dated: 11/12/08November 12, 2008

                                          Richard W. Wieking, Clerk
                                           By: LISA R CLARK, Deputy Clerk