IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

    Plaintiff,

  v.

DEPUTY GIAMALVO,

    Defendant.

No. C 07-04436 SBA (PR)

**ORDER DISMISSING MUNICIPAL LIABILITY CLAIM AGAINST DEFENDANT COUNTY OF ALAMEDA**

    Plaintiff, a state prisoner, filed the instant pro se prisoner action under 42 U.S.C. § 1983. On June 3, 2008, the Court issued an Order in which Plaintiff was directed to amend his claim based on municipal liability against Defendant County of Alameda within thirty days. He was directed to file his amendment to the complaint within the thirty-day deadline, and that the failure to do so would result in dismissal of the claims against this Defendant without prejudice. On July 17, 2008, the Court granted Plaintiff's request for an extension of time to file his amendment to the complaint. The Court gave Plaintiff until August 18, 2008 to file an amendment to the complaint. He was warned the failure to do so would result in dismissal of his municipal liability claim without prejudice. The time to file the amendment to the complaint has passed, and Plaintiff has failed to do so.

    IT IS HEREBY ORDERED that the municipal liability against Defendant County of Alameda is dismissed without prejudice.

    IT IS SO ORDERED.

DATED: 11/13/08

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

P:\PRO-SE\SBA\CR.07\Ortega4436.DismissMUNICIPALliab.wpd

**United States District Court**
For the Northern District of California

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| LAZARUS ORTEGA,<br><br>      Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SHERIFF DEPUTY et al,<br><br>      Defendant.                        / | Case Number: CV07-04436 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lazarus A. Ortega F23334
Folsom State Prison - Sacramento
C.S.P. SAC/B-8-227
P.O. Box 290066
Represa, CA 95671

Dated: November 14, 2008

                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Ortega4436.DismissMUNICIPALliab.wpd

                                                            2