


*PREPARED BY*:
J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
PETER LAURIE (SBN 226802)
plaurie@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendant
DEPUTY MICHAEL GIAMALVO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARUS A. ORTEGA,<br><br>        Plaintiff<br><br>v.<br><br>DEPUTY GIAMALVO, et al. | Case No.:  C07-04436 SBA (PR)<br><br>**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE MANDATORY SETTLEMENT CONFERENCE**<br><br>Action Filed:  August 28, 2007 |

1   Having considered the papers filed in support of defendant deputy Michael A. Giammalvo's
2   motion for an extension of time to complete the mandatory settlement conference, good cause
3   appearing, the Court orders as follows:
4   The time in which to complete the mandatory settlement conference is extended an additional
5   ninety days to August 1, 2009.
6   IT IS SO ORDERED.

8   Dated: 3/27/09

_____
Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

       Plaintiff,

 v.

ALAMEDA COUNTY SHERIFF DEPUTY et al,

       Defendant.
                                       /

Case Number: CV07-04436 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lazarus A. Ortega F23334
Folsom State Prison - Sacramento
C.S.P. SAC/B-8-227
P.O. Box 290066
Represa, CA 95671

Dated: March 30, 2009

                                     Richard W. Wieking, Clerk

                                                                   By: LISA R

CLARK, Deputy Clerk

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

{00059920.DOC/}0713

[PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME

*Ortega v. Giamalvo, et al.*
4:07-cv-04436 SBA

3