IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARUS A ORTEGA,<br><br>　　　　Plaintiff,<br><br>　　　v<br><br>MICHAEL GIAMALVO,<br><br>　　　　Defendants. | Case No C 07-4436 SBA<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on April 9, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: Defense Counsel J Randall Andrada and Alameda County Risk Manager

(2)  The following individuals, parties, and/or representatives did not appear:

(3)  The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before

_____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on

_____.

☒ The parties are unable to reach an agreement at this time.

Date:  April 22, 2009

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ortega | No. C 07-4436 SBA |
| v. | CERTIFICATE OF SERVICE |
| Giamalvo / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Lazarus A. Ortega**
F23334
Folsom State Prison - Sacramento
C.S.P. SAC/B-8-227
P.O. Box 290066
Represa, CA 95671


RICHARD W. WIEKING, CLERK


By:/s/_____
Deputy Clerk

3