IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

        Plaintiff,

  v.

DEPUTY GIAMALVO,

        Defendant.
                                 /

No. C 07-04436 SBA (PR)

**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT**

      The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and good and just cause appearing, IT IS HEREBY ORDERED that Plaintiff's excessive force claim against Defendant Giamalvo shall be referred to the Court's Federal Pro Bono Project in the manner set forth below:

      1.    The Clerk of the Court shall send: (1) a copy of this Order; (2) copies of court documents that are not available electronically in the above-entitled action; (3) a docket sheet; and (4) a memorandum outlining the facts and procedural posture of the action to the Federal Pro Bono Project volunteer at the address provided to the Clerk by the Court.

      2.    Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

      3.    All further proceedings will be stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

      IT IS SO ORDERED.

DATED: 5/20/07

                                              _____
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

P:\PRO-SE\SBA\CR.07\Ortega4436.ReferFPBP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

        Plaintiff,

v.

ALAMEDA COUNTY SHERIFF DEPUTY et al,

        Defendant.

Case Number: CV07-04436 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lazarus A. Ortega F23334
Folsom State Prison - Sacramento
C.S.P. SAC/B-8-227
P.O. Box 290066
Represa, CA 95671

Dated: May 21, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Ortega4436.ReferFPBP.wpd

2