IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAZARUS A. ORTEGA,

    Plaintiff,

v.

DEPUTY GIAMALVO,

    Defendant.
                                  /

No. C 07-04436 SBA (PR)

**ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE**

    The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and volunteer counsel willing to be appointed to represent Plaintiff having been located by the Court,

    IT IS HEREBY ORDERED THAT **Ivor E. Samson, Esq. (SBN 52767), Gary Martin Cohen, Esq. (SBN 117215), and Manuel Alvarez, Esq. (SBN 253874) of Sonnenschein Nath & Rosenthal, LLP,** are appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The stay of this action shall continue for **four (4) weeks** from the date of this Order.

    The Clerk of the Court shall send a copy of this Order to Plaintiff's counsel, Mr. Samson, at **Sonnenschein Nath & Rosenthal, LLP, 525 Market Street, 26th Floor, San Francisco, CA 94105-2708.** The Clerk of the Court shall also send a copy of this Order to Plaintiff, and to Defendant's counsel.

    IT IS FURTHER ORDERED THAT a case management conference is set for **July 2, 2009 at 3:00 pm** and will proceed telephonically. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Statement which shall be filed no later than **ten (10) days** prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff's

1  counsel shall be responsible for filing the statement as well as arranging the conference call.  All
2  parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.
3      IT IS SO ORDERED.
4  DATED: 5/27/09

                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\CR.07\Ortega4436.ApptCsl&CMC.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAZARUS ORTEGA,

        Plaintiff,

v.

ALAMEDA COUNTY SHERIFF DEPUTY et al,

        Defendant.

Case Number: CV07-04436 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lazarus A. Ortega F23334
Folsom State Prison - Sacramento
C.S.P. SAC/B-8-227
P.O. Box 290066
Represa, CA 95671

IVOR E. SAMSON, ESQ.
SONNENSCHEIN NATH & ROSENTHAL, LLP
525 MARKET ST., 26TH FLR.
SAN FRANCISCO, CA 94105-2708

Dated: May 28, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Ortega4436.ApptCsl&CMC.wpd