1

2               UNITED STATES DISTRICT COURT

3           FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                     OAKLAND DIVISION

5

6    LAZARUS A. ORTEGA,                    Case No:  C 07-4436 SBA

7              Plaintiff,                  **ORDER DENYING PROPOSED**
                                           **STIPULATED PROTECTIVE ORDER**
8         vs.
                                           Docket 42
9    DEPUTY GIAMALVO,  et al.,

10             Defendant.

11

12        The parties have submitted a proposed stipulated protective order for the Court's approval.

13   The legal authority cited in the stipulation is based on California law and the proposed procedure

14   governing the filing of confidential documents is premised on the California Rules of Court.  Since

15   this case is pending in federal court, any proposed protective order submitted for the Court's

16   approval should be governed by federal law, the Federal Rules of Civil Procedure and the Local

17   Rules of this Court.  The Court notes that a sample form protective order is available on the Court's

18   website.  <u>See</u> Civ. L.R. 79-5 (procedure for filing of sealed documents).

19        IT IS HEREBY ORDERED THAT the parties' proposed stipulated protective order is

20   DENIED without prejudice to the resubmission of a properly-supported, proposed stipulated

21   protective order.

22        IT IS SO ORDERED.

23

24   Dated: October 19, 2009          _____
                                      SAUNDRA BROWN ARMSTRONG
25                                    United States District Judge

26

27

28