UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAZARUS A. ORTEGA,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY GIAMALVO, et al.,<br><br>Defendant. | Case No: C 07-4436 SBA<br><br>**ORDER DENYING PLAINTIFF'S PRO SE MOTION FOR SUBPOENA DUCES TECUM**<br><br>Docket 33 |

Plaintiff previously filed a motion for the issuance of a subpoena duces tecum in which he requested Defendants to produce (1) photographs of the "crime scene," (2) documents relating to grievances and (3) his medical and psychiatric records. The motion appears to be a discovery request.

Plaintiff filed the instant motion while he was pro se. However, the Court recently appointed counsel to represent him in this action. As such, given that development, coupled with the procedural impropriety of Plaintiff's discovery request, the Court DENIES Plaintiff's motion for the issuance of a subpoena duces tecum, without prejudice to Plaintiff presenting an appropriate discovery request through counsel. This Order terminates Docket No. 33.

IT IS SO ORDERED.

Dated: October 26, 2009

SAUNDRA BROWN ARMSTRONG
United States District Judge