IVOR E. SAMSON (State Bar No. 52767)
isamson@sonnenschein.com
BONNIE LAU (State Bar No. 246188)
blau@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:  (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
LAZARUS ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARUS D. ORTEGA,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL GIAMMALVO, et al.,<br><br>          Defendants. | Case No. C07-04436 SBA (PR)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Case Filed:   August 28, 2007<br>Trial Date:    June 7, 2010 |

Plaintiff Lazarus A. Ortega, inmate #F23334, a necessary and material party to a settlement conference in this case on APRIL 14, 2010, is confined in CALIFORNIA STATE PRISON SACRAMENTO in the custody of Warden James Walker.  In order to secure this inmate's attendance via video conference it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate via video conference in Courtroom D on the 15th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, at 9:00 a.m. on April 14, 2010.

1       ACCORDINGLY, IT IS ORDERED that:

2       1.      A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,

3  commanding the Warden to produce the inmate named above to appear via video conference in

4  United States District Court at the time and place above;

5       2.      The custodian is ordered to notify the court of any change in custody of this inmate

6  and is ordered to provide the new custodian with a copy of this writ; and

7                    WRIT OF HABEAS CORPUS AD TESTIFICANDUM

8       To:   The Warden of California State Prison Sacramento:

9       WE COMMAND you to produce the inmate named above to appear via video

10 conference before the United States District Court at the time and place above.

11      FURTHER, you have been ordered to notify the court of any change in custody of the

12 inmate and have been ordered to provide the new custodian with a copy of this writ.

13

14 Dated:  3/31/10
                                        _____
15                                      Nandor J. Vadas
                                        United States District Judge



-2-

Case No. C07-04436 SBA (PR)                          WRIT OF HABEAS CORPUS AD TESTIFICANDUM