IVOR E. SAMSON (State Bar No. 52767)
isamson@sonnenschein.com
BONNIE LAU (State Bar No. 246188)
blau@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff
LAZARUS ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARUS D. ORTEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>MICHAEL GIAMMALVO, et al.,<br><br>　　　　Defendants. | Case No. C07-04436 SBA (PR)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Case Filed:　August 28, 2007<br>Trial Date:　June 7, 2010 |

TO: JAMES WALKER, WARDEN OF CALIFORNIA STATE PRISON SACRAMENTO, AND THE UNITED STATES MARSHALL, NORTHERN DISTRICT OF CALIFORNIA.

　　We command you to produce plaintiff Lazarus A. Ortega, CDC number F23334, to appear via video conference in Courtroom D on the 15th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, at 9:00 a.m. on April 14, 2010 for a settlement conference.

-1-
Case No. C07-04436 SBA (PR)　　　　　　　　　　　　　　WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: 3/31/10

*Gloria Masterson*

Northern District of California

Dated: 3/31/10

Nandor J. Vadas
United States District Judge



-2-
Case No. C07-04436 SBA (PR)　　　　　　　　　　WRIT OF HABEAS CORPUS AD TESTIFICANDUM