IVOR E. SAMSON (State Bar No. 52767)
BONNIE LAU (State Bar No. 246188)
MANUEL ALVAREZ JR. (State Bar No. 253874)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Fax: (415) 882-0300
E-mail: Malvarez@sonnenschein.com
Attorneys for Plaintiff Lazarus Ortega

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAZARUS D. ORTEGA,** | C 07-04436 SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER FOR PRETRIAL PREPARATION** |
| v. | |
| **DEPUTY MICHAEL GIAMMALVO, et al.,** | Case Filed: August 28, 2007<br>Trial Date: June 7, 2010<br>Judge: Hon. Saundra Brown Armstrong |
| Defendants. | |

Through their counsel of record, Plaintiff Lazarus Ortega ("Plaintiff") and Defendant Deputy Michael Giammalvo ("Defendant") hereby stipulate as follows:

**RECITALS**

1. On May 28, 2009, this Court appointed Ivor E. Samson, Gary Martin Cohen and Manuel Alvarez, Jr., of the law firm Sonnenschein Nath and Rosenthal LLP as Plaintiff's *pro bono* counsel.

2. Following the Initial Case Management Conference, this Court entered its Order for Pretrial Preparation on August 4, 2009. Pursuant to that order, trial in this matter is scheduled to begin on June 7, 2010 and the discovery cut-off date is February 23, 2010.

3. Mr. Cohen left Sonnenschein in January 2010. Mr. Alvarez will be leaving Sonnenschein in February 2010. Because Messrs. Cohen and Alvarez were primarily responsible for handling this matter on behalf of Plaintiff, Plaintiff's counsel anticipates that additional time for discovery and pretrial preparation will be needed so that the matter may be transferred to an additional Sonnenschein attorney without prejudicing Plaintiff.

4. Additionally, while the parties have diligently exchanged written discovery requests and responses, and have taken depositions, additional time for discovery will be needed beyond the February 23, 2010 discovery cut-off.

5. Finally, additional time for dispositive motions, if any, will be needed.

## STIPULATION

Based on the above circumstances, counsel for Plaintiff and Defendant stipulate and respectfully request that this Court modify its Order for Pretrial Preparation as follows:

| EVENT | CURRENT DEADLINE | PROPOSED MODIFICATION |
|---|---|---|
| Expert Designations: | February 23, 2010 | ~~July 19, 2010~~ |
| Expert Rebuttal Designations: | March 9, 2010 | ~~August 2, 2010~~ |
| Non-expert discovery cut-off: | February 23, 2010 (discovery motions to be heard by) | ~~August 16, 2010 (discovery motions to be heard by)~~ |
| Expert discovery cut-off: | March 23, 2010 | ~~August 16, 2010~~ |
| Motion cut-off (including dispositive motions): | April 13, 2010 (to be heard by) | **June 15, 2010 at 1:00 p.m.** |
| Mandatory Settlement Conference: | April 14 -- May 7, 2010 | **June 16, 2010 - July 1, 2010** |
| Pretrial Preparation: | May 11, 2010 | ~~October 4, 2010~~ **July 6, 2010** |
| Pretrial conference: | June 1, 2010 | ~~October 11, 2010~~ **July 27, 2010 at 1:00 p.m.** |
| Trial: | June 7, 2010 | ~~October 18, 2010~~ **September 8, 2010 at 8:30 a.m.** |

2
**STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER FOR PRETRIAL PREPARATION**

Should the Court's calendar not be amenable to the above proposed dates, the parties stipulate to the next available date on the Court's calendar.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

SONNENSCHEIN NATH & ROSENTHAL LLP

Dated: _____  By: _____
           Manuel Alvarez, Jr.
           Attorneys for Plaintiff Lazarus Ortega

ANDRADA & ASSOCIATES PC

Dated: _____  By: _____
           Lynne G. Stocker
           Attorneys for Defendant Deputy Michael Giammalvo

### ORDER

The above stipulation is approved **as modified above**.  The parties shall meet and confer and propose for the Court's review and approval revised dates for expert designations, expert rebuttal designations, non-expert discovery cut-off,  and expert discovery cut-off.

Dated:  4/7/10   By: *Saundra B. Armstrong*
           The Honorable Saundra Brown Armstrong
           United States District Court Judge
           Northern District of California