UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LAZARUS A. ORTEGA, | No. C 07-4436 SBA |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| MICHAEL GIAMALVO, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the further settlement conference scheduled for 9:00 a.m. on April 14, 2010 is hereby VACATED and will be rescheduled for the week of June 7, 2010. In order to facilitate the rescheduling of the further settlement conference, counsel shall email NJVpo@cand.uscourts.gov no later than April 15, 2010 to indicate their availability and that of their clients and/or representatives for June 8, 9, 10 and 11, 2010 in San Francisco.

IT IS SO ORDERED.

Dated: April 12, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge