UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAZARUS ORTEGA,<br><br>          Plaintiff,<br><br>   vs.<br><br>MICHAEL GIAMMALVO, et al.,<br><br>          Defendants. | Case No:  C 07-4436 SBA<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

On November 3, 2010, the Court conducted an in camera hearing in connection with Plaintiff's counsel's motion to withdraw.  At the hearing, counsel withdrew said motion. Accordingly,

IT IS HEREBY ORDERED THAT:

1.     Plaintiff's counsel's motion to withdraw (Docket 65) is deemed withdrawn.

2.     The Clerk shall terminate Docket 65.

3.     The Court, on its own volition, refers this matter to Magistrate Judge Nandor Vadas for a further settlement conference to take place by February 15, 2011.  Magistrate Judge Vadas will notify the parties of the time and date of the settlement conference.

4.     The parties, through counsel, shall appear for a telephonic Case Management Conference on March 9, 2011 at 2:30 p.m.  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference.  The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the

1  statement as well as for arranging the conference call.  All parties shall be on the line and
2  shall call (510) 637-3559 at the above indicated date and time.
3      IT IS SO ORDERED.
4  Dated:  11-08-10

    _____
    SAUNDRA BROWN ARMSTRONG
    United States District Judge

- 2 -