J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendant
DEPUTY MICHAEL GIAMMALVO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAZARUS A. ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY MICHAEL GIAMALVO, et al.<br><br>    Defendants. | Case No.:  3:07-cv-04436-EDL (NJV)<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM**<br><br>[Hon. Elizabeth D. Laporte] |

Through their counsel of record, Plaintiff Lazarus Ortega ("Plaintiff") and Defendant Deputy Michael Giammalvo ("Defendant") hereby stipulate as follows:

**RECITALS**

1.   Following a Case Management Conference, the Court entered its Case Management and Pretrial Order for Jury Trial. [Order, Docket 84] The Order provides that jury trial will begin on February 21, 2012. The Order also provides that a settlement conference shall be scheduled before Judge Vadas during October, 2011 or as soon thereafter as is convenient to the judge's calendar. [*Id*.]

2.   Judge Vadas scheduled a settlement conference for October 25, 2011.

3.   Pursuant to the court's Order, the parties have complied with all pre-trial discovery deadlines. Non-expert and expert discovery has been completed.

1

4. Counsel for defendant is currently set to begin a jury trial on October 11, 2011 in the matter of *Davis v. PHS, et al. [Case No. 3:09-cv-02629-SI]* in the United States District Court for the Northern District of California. The trial is expected to last three to four weeks. While there was a possibility that the parties would reach a settlement before trial, it no longer appears that a settlement is possible.

## STIPULATION

Based on the above circumstances, counsel for Plaintiff and Defendant hereby stipulate and respectfully request that this Court continue the date of the settlement conference to a date mutually convenient to the parties and to the judge's calendar.

IT IS SO STIPULATED.

Dated:      September 26, 2011          ANDRADA & ASSOCIATES

                                        By: /s/ Lynne G. Stocker
                                        Lynne G. Stocker
                                        Attorneys for Defendant
                                        DEPUTY MICHAEL GIAMMALVO


                                        SNR DENTON US LLP

Dated:      September 26, 2011          By: /s/ Bonnie Lau
                                        Bonnie Lau
                                        Attorneys for Plaintiff
                                        LAZARUS ORTEGA


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 27, 2011               By: _____
                                        Nandor J. Vadas
                                        United States Magistrate Judge

2

{00076166.DOC/}AIMS 0713                                        *Ortega v. Giamalvo, et al.*
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MSC                3:07-cv-04436-EDL