UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LAZARUS A. ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL GIAMALVO, et al.,<br><br>    Defendants. | No. C 07-4436 SBA (NJV)<br><br>ORDER VACATING<br>WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM |

The settlement conference previously scheduled in this case for October 25, 2011, has been continued. (Docket No. 98.) Accordingly, the writ of habeas corpus ad testificandum issued September 12, 2011 (Docket No. 96), for the attendance of Plaintiff at that settlement conference is HEREBY VACATED.

IT IS SO ORDERED.

Dated: September 27, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge