**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

LAZARUS A. ORTEGA,                                        No. C 07-4436 SBA (NJV)

        Plaintiff,                                        ORDER VACATING
                                                          WRIT OF HABEAS CORPUS
    v.                                                AD TESTIFICANDUM

MICHAEL GIAMALVO, et al.,

        Defendants.
_____/

      The settlement conference previously scheduled in this case for October 25, 2011, has been

continued. (Docket No. 98.) Accordingly, the writ of habeas corpus ad testificandum issued September

12, 2011 (Docket No. 96), for the attendance of Plaintiff at that settlement conference is HEREBY

VACATED.

IT IS SO ORDERED.

Dated: September 27, 2011

                                    _____
                                    NANDOR J. VADAS
                                    United States Magistrate Judge