UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LAZARUS A. ORTEGA, | No. C 07-4436 EDL (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| MICHAEL GIAMALVO, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of LAZARUS A. ORTEGA, inmate no. F23334, whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: September 30, 2011

_____

NANDOR J. VADAS

United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, High Desert State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of LAZARUS A. ORTEGA in your custody in the hereinabove-mentioned Institution, before the United States District Court on October 25, 2011, at 9:00 a.m., at Solano State Prison, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Ortega v. Giamalvo, 07-CV-4436 EDL (NJV), and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: September 30, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: _*Linn Van Meter*_____
    Administrative Law Clerk

Dated: September 30, 2011



NANDOR J. VADAS
United States Magistrate Judge