J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendant
DEPUTY MICHAEL GIAMMALVO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAZARUS A. ORTEGA,<br><br>   Plaintiff,<br><br>v.<br><br>DEPUTY MICHAEL GIAMALVO, et al.<br><br>   Defendants. | Case No.:  3:07-cv-04436-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Hon. Elizabeth D. Laporte] |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). IT IS FURTHER STIPULATED that each party shall bear his own costs.

Dated: 25 October 2011          ANDRADA & ASSOCIATES

                                */s/ Lynne G. Stocker*
                                By: _____
                                   Lynne G. Stocker
                                Attorneys for Defendant
                                DEPUTY MICHAEL GIAMMALVO

                                SNR DENTON US LLP

                                */s/ Bonnie Lau*
Dated: Oct. 25, 2011          By: _____
                                   Bonnie Lau
                                Attorneys for Plaintiff, LAZARUS ORTEGA

1

**[PROPOSED] ORDER**

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

IT IS SO ORDERED.

Dated: December 20, 2011

*Elijah D. Laporte* (signature)

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

2